The People of the State of New York, Respondent,
*v.* Frank V. Bruno, Appellant.

*Appeal — motion to dismiss granted.*

People v. *Bruno*, 216 App. Div. 814, appeal dismissed.

(Submitted January 10, 1927; decided January 18, 1927.)

Motion to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 16, 1926, which affirmed a judgment of the Court of Special Sessions of the city of New York convicting the defendant of practicing law without license in violation of section 270 of the Penal Law.

The motion was made upon the grounds of failure to file a return and serve printed copies of the case on appeal.

*Charles J. Dodd, District Attorney (Henry J. Walsh* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.

------------------

William Barber, Appellant, *v.* A. Schrader's Son, Inc., Respondent.

*Appeal — order modifying interlocutory judgment — final judgment entered thereon after agreed accounting — motion to dismiss appeal therefrom denied.*

Reported below, 215 App. Div. 758.

(Argued January 10, 1927; decided January 18, 1927.)

Motion to dismiss appeals from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 8, 1925, which modified and affirmed as modified an interlocutory judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and from a final judgment entered thereon after an agreed accounting and waiver thereof before a referee.

Prepared by State Reporter from Appeal Papers

The motion was made upon the grounds that the order appealed from was not a final order; that the time within which to appeal therefrom had elapsed, and that an appeal could not be taken direct to the Court of Appeals from the judgment.

*Frank M. Avery* and *Franklin G. Manley* for motion.
*Louis R. Bick* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements.

---

SAMUEL HAMMER, Respondent, *v.* HARRIS MICHAEL, Appellant.

(Submitted January 10, 1927; decided January 18, 1927.)

MOTION to amend remittitur. (See 243 N. Y. 445.)

Motion granted, without costs. Return of remittitur requested and when returned the same will be amended by adding a provision that defendant have judgment against plaintiff for the return of his deposit of one thousand dollars, with interest from date of payment thereof.

---

PAUL WESTPHAL, a Corporation, Respondent, *v.* WESTPHAL'S WORLD'S BEST CORPORATION et al., Appellants.

(Submitted January 10, 1927; decided January 18, 1927.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 243 N. Y. 639.)